IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLARENCE D SCHREANE,** : | |
| : | |
| Petitioner : | |
| : | CIVIL NO. 3:CV-15-0146 |
| v. : | |
| : | (Judge Caputo) |
| **WARDEN DAVID EBBERT,** : | |
| : | |
| Respondent : | |

**O R D E R**

**AND NOW**, this **14th** day of **DECEMBER**, **2015**, it is **ORDERED** that:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DISIMSSED** without prejudice to any right Mr. Schreane may have to assert his claims in a properly filed action pursuant to 5 U.S.C. § 552.

2. Mr. Schreane's Motion to Compel (Doc. 9) is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

          /s/ A. Richard Caputo
          **A. RICHARD CAPUTO**
          **United States District Judge**